IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT | : | CIVIL ACTION |
| OPPORTUNITY COMMISSION | : | |
| | : | |
| v. | : | |
| | : | |
| WYETH PHARMACEUTICAL | : | NO. 02-2967 |

**O R D E R**

AND NOW, this 23rd day of July, 2004, the above-captioned matter having been referred to me, by the Honorable Ronald L. Buckwalter, for settlement discussions, it is hereby **ORDERED** that:

I will hold a **settlement conference** on **August 20, 2004 at 10:00 a.m.** in Courtroom 3-H, 3rd Floor, U.S. Courthouse, 601 Market St., Philadelphia, PA 19106.

Counsel for each party must have settlement authority. Clients, and a representative of each insurance carrier, are to be present during the August 20, 2004 settlement conference.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA
3030 United States Courthouse
Independence Mall West
Sixth and Market Streets
PHILADELPHIA, PENNSYLVANIA 19106-1797

*Chambers of*
*M. FAITH ANGELL*   P:   (215) 597-6079
*United States Magistrate Judge*   F:   (215) 580-2165

## FAX / MAIL COVER SHEET

**CASE NO.** 03-2967                    **DISTRICT COURT JUDGE:** RLB

**TODAY'S DATE**: July 23, 2004         **LAW CLERK'S INITIALS**: JJK

**VIA FAX:**

**NAME**                                **FAX NUMBER**

1.   Terrence R. Cook, Esq.             215-440-2848

2.   Carmen L. Rivera Matos, Esq.       215-340-2747

3.   John E. Quinn, Esq.                215-851-1420